UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SHAWN ROSS #418024,

      NO. 2:22-cv-94

    Plaintiff,

v      MAG. JUDGE MAARTEN VERMAAT

MATTHEW MILLER, BRETT WATSON, NICHOLAS MONTIE, and NELSON DUNCAN,

    Defendants.
_____

| Shawn Ross #418024 | Joseph Y. Ho (P77390) |
|---|---|
| *In Pro Per* | Assistant Attorney General |
| Chippewa Correctional Facility | Attorney for MDOC Defendants |
| 4269 W. M-80 | Mich. Dept. of Attorney General |
| Kincheloe, MI  49784 | Corrections Division |
| | P.O. Box 30217 |
| | Lansing, MI  48909 |
| | (517) 335-3055 |
| | hoj@michigan.gov |

_____/

## MDOC DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON THE BASIS OF EXHAUSTION

    MDOC Defendants Miller, Watson, Montie, and Duncan, by counsel, bring this motion under Fed. R. Civ. P. 56(a), and ask the Court to grant them summary judgment; dismiss the unexhausted retaliation claim against Miller; and dismiss Watson, Montie, and Duncan from this lawsuit, based on the grounds in the accompanying brief.

    Following L.Civ.R. 7.1(d), the undersigned sought concurrence for this motion with a March 7, 2024, phone call; Ross did not concur.

                                        Respectfully submitted,

                                        */s/ Joseph Y. Ho*

                                                 Joseph Y. Ho (P77390)
                                                 Assistant Attorney General
                                                 Mich. Dept. of Attorney General
                                                 Attorney for MDOC Defendants
                                                 Corrections Division
                                                 P.O. Box 30217
                                                 Lansing, MI 48909
                                                 (517) 335-3055
                                                 hoj@michigan.gov

Dated:  March 7, 2024

## CERTIFICATE OF SERVICE

      I hereby certify that on March 7, 2024, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record and placed in U.S. Postal Service a copy of the above document to non-ECF participant:

Shawn Ross #418024
*In Pro Per*
Chippewa Correctional Facility
4269 W. M-80
Kincheloe, MI  49784

                                               */s/ Joseph Y. Ho*
                                               Joseph Y. Ho (P77390)
                                               Assistant Attorney General
                                               Attorney for MDOC Defendants