UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SHAWN DEMETRIS BRAGG ROSS,

    Plaintiff,

v.

UNKNOWN MILLER, et al.,

    Defendants.

_____/

Case No. 2:22-cv-94

HON. JANE M. BECKERING

**ORDER**

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. Defendant Miller filed a Motion for Summary Judgment (ECF No. 61). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on May 12, 2025 (ECF No. 66), recommending that this Court grant Defendant's motion for summary judgment and dismiss the case. The Report and Recommendation was duly served on the remaining parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 66) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Miller's Motion for Summary Judgment (ECF No. 61) is GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any objections to the Report and Recommendation. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.

Dated: June 10, 2025                                    /s/ Jane M. Beckering
                                                        JANE M. BECKERING
                                                        United States District Judge